# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130875

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                              SC: 130875
                                              COA: 267221
                                              Isabella CC: 2004-002643-FH

STEVE RUSSELL,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

d0619

_____
Clerk